**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

---

**CONNIE JO LUTES**,                              Civil File No. 11-CV-2370 JAR/KGS

      Plaintiff,

vs.                                                                 **STIPULATION OF DISMISSAL**
                                                                      **WITH PREJUDICE**

**PORTFOLIO RECOVERY ASSOCIATES, LLC**,

      Defendant.

---

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Connie Jo Lutes, and the defendant, Portfolio Recovery Associates, LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                          Respectfully submitted,

Dated: <u>September 23, 2011</u>       By <u>/s/J. Mark Meinhardt</u>
                                                 J. Mark Meinhardt #20245
                                               4707 College Boulevard, Suite 100
                                               Leawood, KS  66211
                                               (913) 451-9797
                                               (913) 451-6163 (fax)
                                               ATTORNEY FOR PLAINTIFF

Dated: <u>September 23, 2011</u>      By <u>/s/Benjamin N. Hutnick</u>
                                               Benjamin N. Hutnick, #23666
                                               Berman & Rabin, P.A.
                                               15280 Metcalf Avenue
                                               Overland Park, KS 66223
                                               (913) 649-1555
                                               (913) 652-9474 (fax)
                                               ATTORNEY FOR DEFENDANT